Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
Veronica M. Keithley (Bar No. 1411100)
veronica.keithley@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900    Fax 206.386.7500

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, CENTER FOR BIOLOGICAL DIVERSITY, GREENPEACE, INC., and FRIENDS OF THE EARTH,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, KAREN MOURITSEN, in her official capacity as Acting Alaska State Director of the Bureau of Land Management, and BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Case No.: 3:18-cv-00031-SLG<br><br>**MOTION TO INTERVENE BY CONOCOPHILLIPS ALASKA, INC.** |

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, ConocoPhillips Alaska, Inc.

("ConocoPhillips") respectfully requests leave to intervene as a defendant in this civil action, and

to assert the defenses set forth in its accompanying proposed Answer. As set forth more fully in

the accompanying Memorandum and the Declaration of John F. Schell, Jr. in accordance with

Rule 24(a):

MOTION TO INTERVENE BY CONOCOPHILLIPS ALASKA, INC.
3:18-cv-00031-SLG
Page 1 of 3

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900    Fax 206.386.7500

1.  This motion to intervene is timely;

2.  ConocoPhillips has an interest relating to the transactions which is the subject of this action;

3.  ConocoPhillips is so situated that disposition of this action may as a practical matter impede or impair its ability to protect its interests; and

4.  ConocoPhillips' interests may not be adequately represented by existing parties.

Alternatively, in accordance with Rule 24(b), ConocoPhillips requests permissive intervention because its claims and defenses have questions of law and fact in common with those raised in this action and intervention will not unduly delay or prejudice the adjudication of the rights of the other parties.

As set forth in the Declaration of Ryan Steen, ConocoPhillips' counsel has contacted counsel for the parties to this litigation regarding this motion. Federal Defendants do not oppose ConocoPhillips' motion to intervene. Plaintiffs reserve their position and will respond the motion.

ConocoPhillips respectfully requests that this Court enter the proposed order, filed with this motion, granting it leave to intervene in this action directing that its Answer be filed.


DATED:  March 29, 2018.

STOEL RIVES LLP


By:*/s/ Ryan P. Steen*
    RYAN P. STEEN
    JASON T. MORGAN
    VERONICA M. KEITHLEY
    Attorneys for ConocoPhillips Alaska, Inc.


MOTION TO INTERVENE BY CONOCOPHILLIPS ALASKA, INC.
3:18-cv-00031-SLG
Page 2 of 3
96083941.1 0028116-00135

I hereby certify that on March 29, 2018, I filed a true and correct copy of the foregoing

document with the Clerk of the Court for the United States District Court of Alaska by using the

CM/ECF system.  Participants in this Case No. 3:18-cv-00031-SLG; who are registered CM/ECF

users will be served by the CM/ECF system.

/s/ Ryan P. Steen
Ryan P. Steen

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main 206.624.0900    Fax 206.386.7500*