# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,
    Plaintiffs,

v.

Case Number 3:18-cv-00031-SLG

RYAN ZINKE, et al.,
    Defendants,

CONOCOPHILLIPS ALASKA, INC.,
    Intervenor-Defendant.

**JUDGMENT IN A CIVIL CASE**

 XX   **DECISION BY COURT**.  This action came to trial or decision before the Court.  The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

THAT the Plaintiffs' Motion for Summary Judgment at Docket [25] is DENIED; Intervenor-Defendant CPAI's Cross-Motion for Summary Judgment at Docket [28] is GRANTED; and Federal Defendants' Cross-Motion for Summary Judgment at Docket [29] is GRANTED. (See Order at Docket 37 for details).

APPROVED:

*s/Sharon L. Gleason*
SHARON L. GLEASON
United States District Judge

Date: December 7, 2018

| | |
|---|---|
| *NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.* | Lesley K. Allen<br>Lesley K. Allen<br>Clerk of Court |

[Jmt2 - Basic - rev. 1-13-16}