Rebecca Noblin (Alaska Bar No. 0611080)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
F: 907.277.1390
E: rnoblin@earthjustice.org
  egrafe@earthjustice.org

*Attorneys for Plaintiffs Natural Resources Defense Council et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, CENTER FOR BIOLOGICAL DIVERSITY, GREENPEACE, INC., and FRIENDS OF THE EARTH, <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior; KAREN MOURITSEN, in her official capacity as Acting Alaska State Director of the Bureau of Land Management; and BUREAU OF LAND MANAGEMENT, <br><br> *Defendants*, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., <br><br> *Intervenor-Defendant.* | Case No. 3:18-cv-00031-SLG <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Natural Resources Defense Council, Center for Biological Diversity, Greenpeace, Inc., and Friends of the Earth, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court, dated December 7, 2018, and entered on the docket on December 10, 2018 (Doc. 38), and all orders that gave rise to that judgment, including but not limited to the Order Re Cross-Motions for Summary Judgment, dated and entered December 6, 2018 (Doc. 37). Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs' Representation Statement is attached hereto.

Respectfully submitted this 3rd day of January, 2019.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Rebecca Noblin (Alaska Bar No. 0611080)
EARTHJUSTICE

*Attorneys for Plaintiffs Natural Resources Defense Council, Center for Biological Diversity, Greenpeace, Inc., and Friends of the Earth*

# REPRESENTATION STATEMENT

**Plaintiffs-Appellants**

Names of parties:

    NATURAL RESOURCES DEFENSE COUNCIL
    CENTER FOR BIOLOGICAL DIVERSITY
    GREENPEACE, INC.
    FRIENDS OF THE EARTH

Names, addresses, telephone numbers, and emails of counsel:

    Rebecca Noblin
    Erik Grafe
    EARTHJUSTICE
    441 W 5th Avenue, Suite 301
    Anchorage, AK 99501
    T: 907.277.2500
    E: rnoblin@earthjustice.org
       egrafe@earthjustice.org

Are counsel registered for Electronic Filing in the 9th Circuit?: Yes

**Defendants-Appellees**

Names of parties:

    DAVID BERNHARDT, Acting Secretary of the Interior[1]
    KAREN MOURITSEN, Acting State Director, Bureau of Land Management
    BUREAU OF LAND MANAGEMENT

---

[1] David Bernhardt, Acting Secretary of the Interior, U.S. Department of the Interior, is substituted for Ryan Zinke, Secretary of the Interior, U.S. Department of the Interior.

Names, addresses, telephone numbers, and emails of counsel:

    Romney S. Philpott
    U.S. DEPARTMENT OF JUSTICE
    Environmental and Natural Resources Division, Natural Resources Section
    999 18th St., #370
    Denver, CO 80202
    T: 303.844.1810
    E: romney.philpott@usdoj.gov

    Michelle-Ann C. Williams
    U.S. DEPARTMENT OF JUSTICE
    Environmental and Natural Resources Division, Natural Resources Section
    P.O. Box 7611
    Washington, DC 20044
    T: 202.305.0420
    E: michelle-ann.williams@usdoj.gov

**Intervenor-Defendant-Appellee**

Name of party:

    CONOCOPHILLIPS ALASKA, INC.

Names, addresses, telephone numbers, and emails of counsel:

    Ryan P. Steen
    Jason T. Morgan
    STOEL RIVES LLP
    600 University Street, Suite 3600
    Seattle, WA 98101
    T: 206.624.0900
    E: ryan.steen@stoel.com
       jason.morgan@stoel.com