UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; GREENPEACE, INC.; FRIENDS OF THE EARTH,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>DAVID LONGLY BERNHARDT, in his official capacity as Acting Secretary of the Interior; KAREN MOURITSEN, in her official capacity as Acting Alaska State Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT,<br><br>        Defendants - Appellees,<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>        Intervenor-Defendant - Appellee. | No. 19-35006<br><br>D.C. No. 3:18-cv-00031-SLG<br>U.S. District Court for Alaska, Anchorage<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., January 11, 2019** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., February 4, 2019** | Transcript shall be ordered. |
| **Mon., March 4, 2019** | Transcript shall be filed by court reporter. |
| **Mon., April 15, 2019** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., May 13, 2019** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellants' reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7